**FILED**

03/11/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0721

# IN THE SUPREME COURT OF THE STATE OF MONTANA

| | |
|---|---|
| ALLIED WASTE SERVICES OF NORTH AMERICA, LLC, d/b/a REPUBLIC SERVICES OF MONTANA,<br><br>Defendant/Appellant,<br><br>vs.<br><br>LH RESIDENTIAL LLC and OTIS STREET LLC, both d/b/a MONTANA CRESTVIEW,<br><br>Plaintiff/Appellees. | **Cause No. DA 23-0721**<br><br>**ORDER GRANTING APPELLANT'S SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME** |

Upon consideration of Appellant Allied Waste Services of North America, LLC d/b/a Republic Services of Montana's unopposed motion seeking a second 30-day extension of time to file its opening brief, and for good cause, the motion is GRANTED. Appellant shall file its opening brief on or before April 23, 2024.

ELECTRONICALLY SIGNED AND DATED BELOW

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
March 11 2024